UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

RANDY ALAN STARNER,

    Petitioner,

vs.                                            Case No. 3:08-cv-839-J-12JRK

WALTER A. MCNEIL, et al.,

    Respondents.

## ORDER

1.    The Court's June 3, 2009, Order of Dismissal Without Prejudice (Doc. #17) is **VACATED**.

2.    The Clerk of the Court shall reopen this case.

3.    Petitioner's June 1, 2009, Ex Parte [sic] Motion for Extension of Time (Doc. #18) is **DENIED**;[1] however, Petitioner shall file his amended petition, as instructed by the Court, **on or before June 29, 2009**. See Docs. #7 and #12. Petitioner has had ample time to comply with this Court's orders. Failure to file the amended petition, as instructed by the Court, on or before June 29, 2009, will result in the dismissal of this action with further notice.

---

[1] The Court notes that this motion was filed prior to the dismissal of this case and does not concern the dismissal of the case.

4. The Clerk of the Court shall terminate Petitioner's June 1, 2009, Motion for Leave to Exceed Page Limit (Doc. #19) and Petitioner's June 1, 2009, Motion for Consideration Leave to Exceed Page Limit (Doc. #20) as they are actually exhibits to Petitioner's Ex Parte Motion for Extension of Time (Doc. #18) and have been considered as exhibits to that motion.

**DONE AND ORDERED** at Jacksonville, Florida, this **10TH** day of June, 2009.

*Howell W. Melton*
UNITED STATES DISTRICT JUDGE

sa 6/10
c:
Randy Alan Starner